ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

```
┌─────────────────────────────────┐
│           FILED                  │
│                                  │
│         Aug 29, 2025             │
│    CLERK, U.S. DISTRICT COURT    │
│  EASTERN DISTRICT OF CALIFORNIA  │
└─────────────────────────────────┘
```

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: 1501 WEST CAPITOL AVENUE, #105, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #106, WEST SACRAMENTO, CA; 1501 WEST CAPITOL AVENUE, #107, WEST SACRAMENTO, CA | CASE NO: 2:25-SW-0728 AC [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: ___August 29, 2025___

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE